**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Deborah L Stockwell** <br> First Name   Middle Name   Last Name | Social Security number or ITIN **xxx–xx–5371** <br> EIN _ _ – _ _ _ _ _ _ _ |
| Debtor 2 <br> (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN _ _ _ _ <br> EIN _ _ – _ _ _ _ _ _ _ |
| United States Bankruptcy Court **District of Minnesota** <br> Case number: **19–50653 – RJK** | | Date case filed for chapter **7   8/16/19** |

**You can receive** court notices and orders by **email** instead of U.S. Mail via these **two options:** | **For creditors:** Register for Electronic Bankruptcy Noticing at **ebn.uscourts.gov**. | **For debtors:** Register for Debtor Electronic Bankruptcy Noticing (DeBN) at **www.mnb.uscourts.gov/debn**   DeBN

Official Form 309A (For Individuals or Joint Debtors)
**Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**   12/15

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Deborah L Stockwell | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 120 NE 10th Avenue Apt 10 <br> Deer River, MN 56636 | |
| 4. | **Debtor's attorney** <br> Name and address | John P. Dimich <br> Dimich Law Office <br> 432 NE 3rd Ave <br> Grand Rapids, MN 55744 | Contact phone: 218–326–1765 <br> Email: slarva@paulbunyan.net |
| 5. | **Bankruptcy trustee** <br> Name and address | Nauni Jo Manty <br> Manty & Associates PA <br> 401 Second Avenue North <br> Suite 400 <br> Minneapolis, MN 55401 | Contact phone: 612–465–0990 <br> Email: ecf@mantylaw.com |

**For more information, see page 2 >**

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**   page 1

| 6. **Bankruptcy clerk's office** Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. | 404 U.S. Courthouse<br>515 West First Street<br>Duluth, MN 55802 | Hours open: Monday – Friday: 8:00am – 4:30pm<br>Contact phone: (218) 529–3600<br>Web address: www.mnb.uscourts.gov<br><br>Date: 8/19/19 |
|---|---|---|
| 7. **Meeting of creditors** Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **October 7, 2019 at 09:00 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location:<br><br>**U S Courthouse, Courtroom 2, 515 W 1st St, Duluth, MN 55802** |
| 8. **Presumption of abuse** If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |
| 9. **Deadlines** The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6). | **Filing deadline: 12/6/19**<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9). |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| | **Certificate of Completion of Financial Management Course due:**<br>Credit Counseling and Debtor Education Information can be found at<br>http://www.usdoj.gov/ust/eo/bapcpa/ccde/index.htm | **Filing deadline: 12/6/19** |
| 10. **Proof of claim** Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| 11. **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| 12. **Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |

United States Bankruptcy Court
District of Minnesota

In re:   Case No. 19-50653-RJK
Deborah L Stockwell   Chapter 7
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0864-5   User: sherri   Page 1 of 1   Date Rcvd: Aug 19, 2019
    Form ID: 309A   Total Noticed: 15

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 21, 2019.
```
db             +Deborah L Stockwell,    120 NE 10th Avenue Apt 10,    Deer River, MN 56636-8798
smg            +United States Attorney,    600 US Courthouse,    300 S 4th St,    Minneapolis, MN 55415-3070
62315707       +Lee Jess Dental,    501 S Pokegama Ave Suite 101,    Grand Rapids MN 55744-3841
62315709      ++MEMBERS COOPERATIVE CREDIT UNION,    PO BOX 330,    MOOSE LAKE MN 55767-0330
               (address filed with court: Members Co-Op Credit Union,    101 14th Street,    Cloquet MN 55720)
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
aty             E-mail/Text: slarva@paulbunyan.net Aug 19 2019 23:24:21      John P. Dimich,    Dimich Law Office,
                432 NE 3rd Ave,    Grand Rapids, MN  55744
tr             +EDI: BNJMANTY.COM Aug 20 2019 03:18:00      Nauni Jo Manty,    Manty & Associates PA,
                401 Second Avenue North,    Suite 400,    Minneapolis, MN 55401-2097
smg            +EDI: MINNDEPREV.COM Aug 20 2019 03:18:00      Minnesota Department of Revenue,
                Bankruptcy Section,    PO BOX 64447,    St Paul, MN 55164-0447
ust            +E-mail/Text: ustpregion12.mn.ecf@usdoj.gov Aug 19 2019 23:24:30      US Trustee,
                1015 US Courthouse,    300 S 4th St,    Minneapolis, MN 55415-3070
62315702        EDI: BANKAMER2.COM Aug 20 2019 03:18:00      Bank Of America,    PO Box 15726,
                Wilmington DE 19886-5726
62315710        EDI: SEARS.COM Aug 20 2019 03:18:00      Sears,    Po Box 6922,    The Lakes NV 88901
62315703       +EDI: CHASE.COM Aug 20 2019 03:18:00      Chase Card Services,    PO Box 15298,
                Wilmington DE 19850-5298
62315705       +EDI: CITICORP.COM Aug 20 2019 03:18:00      Citi Cards,    PO Box 6275,
                Siox Falls SD 57117-6275
62315704       +EDI: CITICORP.COM Aug 20 2019 03:18:00      Citi Cards,    PO Box 6500,
                Sioux Falls SD 57117-6500
62315706        EDI: DISCOVER.COM Aug 20 2019 03:18:00      Discover Card,    Po Box 30943,
                Salt Lake City UT 84130-0943
62315708       +E-mail/Text: bk@lendingclub.com Aug 19 2019 23:25:02      Lending Club,    PO Box 39000,
                dept 34268,    San Francisco CA 94139-0001
                                                                                              TOTAL: 11

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
smg*           +US Trustee,    1015 US Courthouse,    300 S 4th St,    Minneapolis, MN 55415-3070
                                                                                              TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 21, 2019   Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 19, 2019 at the address(es) listed below:
```
              John P. Dimich    on behalf of Debtor 1 Deborah L Stockwell slarva@paulbunyan.net,
               jdimich@paulbunyan.net
              Nauni Jo Manty    ecf@mantylaw.com, mn12@ecfcbis.com
              US Trustee    ustpregion12.mn.ecf@usdoj.gov
                                                                                             TOTAL: 3
```